JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
IMANI L. DIXON
Assistant United States Attorney
Nevada Bar Number 15724
District of Nevada
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6138
(702) 388-6418
imani.dixon@usdoj.gov
Counsel for the United States

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA, ) Case No.: 2:23-MJ-00315-DJA
        Plaintiff, )
        vs. ) ORDER TO CONTINUE BENCH TRIAL
BRYCE TYRONE VERHONICH, ) (First Request)
        Defendant. )

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Imani L. Dixon, Assistant United States Attorney, counsel for the United States of America, and Joanne Diamond, Assistant Federal Public Defender, counsel for Defendant, that the bench trial in the above-captioned matter, currently scheduled for October 4, 2023, at the hour of 9:00 a.m., be vacated and continued for forty-five (45) days or to a date time convenient to the Court.

This stipulation is entered into for the following reasons:

1. Counsel for the government needs additional time to prepare additional discovery for disclosure.

1

2.	Counsel for Defense will need additional time to review the additional discovery and conduct investigation in this case to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or will be resolved through negotiations.

3.	The Defendant is out of custody and does oppose the continuance.

4.	The parties agree to the continuance.

This is the first request for continuance of the trial in this case.

DATED this 29th day of September, 2023.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

/s/ Joanne Diamond  
JOANNE DIAMOND, AFPD  
Counsel for defendant  
**BRYCE TYRONE VERHONICH**

/s/ Imani Dixon  
IMANI L. DIXON  
Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:23-MJ-00315-DJA |
| Plaintiff, | ORDER CONTINUING BENCH TRIAL |
| vs. | |
| BRYCE TYRONE VERHONICH, | |
| Defendant. | |

Based on the pending stipulation of counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that the bench trial in the above-captioned matter currently scheduled for October 4, 2023, at the hour of 9:00 a.m., be vacated and continued to December 13, 2023, at 9:00 a.m., Courtroom 3A.

DATED this 2nd day of October, 2023.

_____
DANIEL J. ALBREGTS
United States Magistrate Judge

3