JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
IMANI L. DIXON
Assistant United States Attorney
Nevada Bar Number 15724
District of Nevada
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6138
(702) 388-6418
imani.dixon@usdoj.gov
Counsel for the United States

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:23-mj-00315-DJA |
| Plaintiff, | |
| vs. | ORDER TO CONTINUE BENCH TRIAL |
| BRYCE TYRONE VERHONICH, | (Third Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Imani L. Dixon, Assistant United States Attorney, counsel for the United States of America, and Joanne Diamond, Assistant Federal Public Defender, counsel for Defendant, that the bench trial in the above-captioned matter, currently scheduled for December 13 2023, at the hour of 9:00 a.m., be vacated and continued for sixty (60) days or to a date time convenient to the Court.

This stipulation is entered into for the following reasons:

1. Counsel for the Government will be out of the district December 2, 2023 through December 11, 2023 and will not be able to prepare for the bench trial on Dec 12, 2023.

1

2. Defense counsel and the defendant do not object to this continuance.

3. Denial of this request for a bench trial continuance would prejudice both the Defendant and the Government and unnecessarily consume this Court's valuable resources, taking into account the exercise of due diligence.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. This is the third request for continuance of the trial in this case.

DATED this 15th day of November, 2023.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

/s/ Joanne Diamond
JOANNE DIAMOND, AFPD
Counsel for defendant
**BRYCE VERHONICH**

/s/ Imani Dixon
IMANI L. DIXON
Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 2: 23-MJ-00315-DJA |
| Plaintiff, | ) | ORDER CONTINUING BENCH TRIAL |
| vs. | ) | |
| BRYCE TYRONE VERHONICH, | ) | |
| Defendant. | ) | |

Based on the pending stipulation of counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that the bench trial in the above-captioned matter currently scheduled for December 13, 2023, at the hour of 9:00 a.m., be vacated and continued to March 20, 2024, at 9:00 a.m., Courtroom 3A.

DATED this 27 day of November, 2023.

_____
DANIEL J. ALBREGTS, U.S. Magistrate Judge

3