JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
EDWARD D. PENETAR
Assistant United States Attorney
Office of the United States Attorney
501 South Las Vegas Blvd., Suite 1100
Las Vegas, Nevada 89101
Tel:  702-388-6336
Edward.Penetar@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRYCE TYRONE VERHONICH,<br><br>Defendant. | 2:23-mj-00315-DJA<br><br>**STIPULATION TO ADMIT AUDIO AND VIDEO RECORDINGS AS CERTIFIED RECORDS PURSUANT TO RULES OF EVIDENCE 902(11), 902(13), and 803(6)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Edward D. Penetar, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Bryce Tyrone Verhonich, that the below records are admissible without live witness testimony as certified records of a regularly conducted activity, pursuant to Federal Rules of Evidence 902(11), 902(13), and 803(6):

| Bates Stamp | Cert. | Description |
|---|---|---|
| USA00731 | USA01463-01464 | Audio recording of 911 call made on June 30, 2022 at 5:54 A.M. |
| USA00345 | USA01489-01490 | Surveillance video depicting Terrible's Gas Station parking lot on June 30, 2022 from 12:49 A.M. to 12:57 A.M. |
| USA00344 | USA01489-01490 | Surveillance video depicting Terrible's Gas Station entrance on June 30, 2022 from 12:49 A.M. to 12:56 A.M. |
| USA01453 | USA01465-01466 | Surveillance video depicting the courtesy dock at Las Vegas Boat Harbor Marina on June 30, 2022 from 1:15 A.M. to 1:19 A.M. |

DATED this 16th day of April, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| /s/ Joanne L. Diamond<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender | /s/ Edward D. Penetar<br>EDWARD D. PENETAR<br>Assistant United States Attorney |

**IT IS SO ORDERED**.

DATED: April 17, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE