RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Bryce Tyrone Verhonich

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRYCE TYRONE VERHONICH,<br><br>Defendant. | Case No. 2:23-mj-00315-DJA<br><br>ORDER TO CONTINUE SENTENCING HEARING<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Edward Penetar, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Bryce Tyrone Verhonich, that the Sentencing Hearing currently scheduled on August 5, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel need additional time to work with Mr. Verhonich to investigate and prepare his mitigation case for sentencing.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 2nd day of July, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Joanne L. Diamond*<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender | By */s/ Edward Penetar*<br>EDWARD PENETAR<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

  Plaintiff,

v.

BRYCE TYRONE VERHONICH,

  Defendant.

Case No. 2:23-mj-00315-DJA

**ORDER**

  IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Monday, August 5, 2024 at 11:00 a.m., be vacated and continued to November 5, 2024, at 11:00 a.m., Courtroom 3A.

  DATED this 3rd day of July, 2024.

_____
DANIEL J. ALBREGTS
United States Magistrate Judge